THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ISSAM DAAS SUAOUD,<br><br>    Plaintiff,<br><br>v.<br><br>CAESARS BALTIMORE MANAGEMENT COMPANY, LLC, et al.,<br><br>    Defendants. | Civil Action No.: |

## NOTICE TO ADVERSE PARTY

TO:   E. David Hoskins, Esq.
Steven B. Isbister, Esq.
The Law Offices of E. David Hoskins, LLC
16 East Lombard Street, Suite 400
Baltimore, MD 21202
*Attorney for Plaintiff*

Pursuant to Title 28, Section 1446 of the United States Code, you are hereby notified that a Notice of Remove, as required by said section, has this day been filed in the United States District Court for the District of Maryland, and a copy of the Notice of Removal is attached hereto for your information and made a part hereof. The undersigned has also filed a copy of the Notice of Removal with the Clerk of the Circuit Court for Baltimore City, Maryland, pursuant to the above-referenced Code Section, dated the 3rd day of April, 2017.

1

Respectfully submitted,

/s/ Robert Hebb
Robert L. Hebb, 23425
Semmes, Bowen & Semmes
25 South Charles Street, 14th Floor
Baltimore, Maryland 21201
(410) 539-5040

*Attorneys for Defendant, CBAC Borrower, LLC
d/b/a Horseshoe Baltimore Casino*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2017, a copy of this Notice to Adverse Party was mailed first-class, postage prepaid to:

E. David Hoskins, Esq.
Steven B. Isbister, Esq.
The Law Offices of E. David Hoskins, LLC
16 East Lombard Street, Suite 400
Baltimore, MD 21202
*Attorney for Plaintiff*

/s/ Robert Hebb
Robert L. Hebb, 23425