**Exhibit 1**

THE LAW OFFICES OF

# E. DAVID HOSKINS, LLC

16 E. LOMBARD STREET, SUITE 400

BALTIMORE, MARYLAND 21202

STEVEN B. ISBISTER
ADMITTED IN MARYLAND

TELEPHONE: (410) 662-6500
TOLL FREE: (855) 346-7546
E-MAIL: stevenisbister@hoskinslaw.com

NEW YORK OFFICE
90 STATE STREET, STE. 700
ALBANY, NEW YORK 12207

(518) 935-2672

December 31, 2016

***Via Priority U.S. Mail***
Caesars Baltimore Management Company, LLC
7 St. Paul Street
Suite 820
Baltimore, MD 21202

     **Re:** **Demand to Retain Evidence Regarding *Incident at Horseshoe Baltimore Casino on December 26, 2016***

Dear Sir/Madam:

     This firm represents Issam Daas Suaoud with regard to an incident which took place at the Horseshoe Baltimore Casino, 1525 Russell Street, Baltimore, MD 21230, on the morning of December 26, 2016, between the hours of 12:00 a.m. and 6:00 a.m.

     During this time period, Mr. Suaoud was a patron of the Horseshoe Baltimore Casino, when security agents detained Mr. Suaoud and accused him of taking money from another patron. The police were called and Mr. Suaoud was handcuffed. He repeatedly disputed the accusation and ultimately was released without explanation or apology.

     I request that you preserve any and all information in your possession or control related to, concerning, or identifiable to this incident and time period. Specifically, you should retain all records or recordings of phone calls or other communications with law enforcement authorities during the above listed time period or otherwise known to be related to Mr. Suaoud. You should also retain

THE LAW OFFICES OF
E. DAVID HOSKINS, LLC

Caesars Baltimore Management Company, LLC
December 31, 2016
Page 2

all video and audio recordings of the Horseshoe Baltimore Casino's monitored areas during the above referenced time period. Mr. Suaoud has reason to believe that many of the relevant actions took place in the following locations:

1) the area around the "4x Emeralds and Shamrocks" slot machines on the first floor

2) the area around the "Gold Rush Penny Progressive" slot machines on the first floor;

3) the area around the "Lord of the Rings - The Fellowship" slot machines on the first floor;

4) the area around the "Lord of the Rings - Land of Mordor" slot machine on the first floor;

5) the area around the "Mood Goddess" slot machines on the first floor;

6) the area around the "Colossal Diamonds" slot machine on the second floor;

7) the pathway along the casino floor beginning at the "Colossal Diamonds" slot machine, past the Total Rewards window, past the Cashier window, to the employee hallway on the second floor.

Please also forward this letter to your legal counsel and liability insurance carrier and ask them to contact me to discuss this matter further.

Thank you for your attention to this matter.

Sincerely yours,

Steven B. Isbister

THE LAW OFFICES OF
# E. DAVID HOSKINS, LLC

Caesars Baltimore Management Company, LLC
December 31, 2016
Page 3

CC:
Tim Donovan, Esq.
Executive Vice President and General Counsel
Caesars Entertainment Corporation
One Caesars Palace Drive
Las Vegas, NV 89109

Issam Daas Suaoud