**Exhibit 2**



