Exhibit 3



## Search Prints

We've launched a new version of the History page. Click here to try it

Date: Custom    From: 12/30/2016   To: 12/30/2016    Search:



| | Info | Print Date | Cost | Recipient | Status | Tracking #/ Insurance ID | Date Delivered | Carrier | Class/ Service |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | i | 12/30/2016 | $5.75 | Tim Donovan, Esq, Executive Vice President, anc | Delivered | 9405511899564570858450 | 1/4/2017 | USPS | Priority Mail |
| ☐ | i | 12/30/2016 | $5.75 | Caesars Baltimore Management, Company, LLC, | Delivered | 9405511899564570821669 | 1/3/2017 | USPS | Priority Mail |